IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

**PHILLIP DAREN SHOCKEY**,

              Plaintiff,

v.

**UNITED STATES OF AMERICA,**

              Defendant.

**Civil No. 19-03108-CV-S-MDH-P**
**Crim. No. 14-03072-01-CR-S-MDH**

## *ENTRY OF APPEARANCE*

**COMES NOW** the United States of America, by and through the United States Attorney for the Western District of Missouri, and hereby informs the Court that Randall D. Eggert, Assistant United States Attorney, hereby enters his appearance in this matter on behalf of Plaintiff. Plaintiff respectfully requests the Court to direct the Clerk of Court to remove Abram McGull, II as government legal counsel from the CM/ECF docket sheet in the above-styled action.

        Respectfully submitted,

        Timothy A. Garrison
        United States Attorney

        By */s/ Randall D. Eggert*
        Randall D. Eggert
        Assistant United States Attorney
        901 St. Louis Street, Suite 500
        Springfield, Missouri 65806-2511

### Certificate of Service

The undersigned hereby certifies that a copy of the foregoing was delivered on January 4, 2021, to the CM/ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

        */s/ Randall D. Eggert*
        Randall D. Eggert
        Assistant United States Attorney